IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:24MJ5252 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | DARRELL A. CLAY |
| TYRONE HILL | ) | |
| Defendant | ) | |
| | ) | TO BE FILED UNDER SEAL |
| | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Reva Kerkulah being duly sworn state and depose the following:

1. I am a Deputy United States Marshal (DUSM) assigned to the United States Marshals Service (USMS) for 1 1/2 years. My duties include but are not limited to the investigation and the arrest of fugitives from justice wanted for state and federal offenses.

2. Based on my training and experience, I know that under 18 U.S.C. § 751 and 18 U.S.C. § 4082, the willful failure of a prisoner to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, shall be deemed an escape from the custody of the Attorney General.

3. The facts in this affidavit come from my personal observations, training, experience, and information provided to me by the United States Bureau of Prisons (BOP).  This affidavit is intended to show there is probable cause for the requested warrant and does not set forth all the information developed in the investigation.

4. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that on August 6, 2024, in the Northern District of Ohio, Western Division, Tyrone Hill escaped from the BOP.

5. On July 17, 2006, Tyrone Hill was sentenced to 262 months custody to the Bureau of Prisons and 3 years of supervised release in the Northern District of Ohio in case number 3:06CR710.

6. On August 6, 2024, Tyrone Hill was in transit to the Volunteers of America (VOA) located at 1323 Champlain Street, Toledo, Ohio 43604 in accordance with the residential reentry program to complete the remaining time of his sentence.

7. On August 6, 2024, Hill contacted VOA staff members stating that he missed the bus and that he had to wait for the next one.

8. On August 7, 2024, at 7:17 am, VOA reported that Tyrone Hill had not arrived at the facility. USMS Toledo was subsequently informed that Hill had been placed on escape status.

9. On August 9, 2024, USMS verified with the VOA that Hill had not arrived at the facility and whereabouts are still unknown.

10. Based on the information above, your affiant believes there is probable cause that Hill has committed the offense of Escape from Constructive Custody 18 U.S.C. § 871 and 18 U.S.C. § 4082 and that a warrant for his arrest should be issued.

Respectfully submitted,

Reva Kerkulah
Deputy United States Marshal

Sworn to via telephone on this 9th day of August 2024 after submission by reliable electronic means Fed.R.Crim.P. 4.1 and 41(d)(3).

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE